IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC BERNARD, | ) |
| Plaintiff, | ) ) ) ) Case No. 20-CV-5383 |
| v. | ) ) ) Honorable Judge Lindsay C. Jenkins |
| ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

**STATUS REPORT OF IDOC DEFENDANTS' COUNSEL MANASSEH KONADU**

Defendants, Jeffreys, Baldwin, Pfister, Williams, Jaburek, Jenkins, Montes, Miles, Rahimi, Rice, and Watson ("Defendants"), through undersigned counsel, Kwame Raoul, Attorney General for the State of Illinois, respectfully submit this status report:

1. As of the submission of this status report, the following outstanding discovery responses have been served to Plaintiff's counsel:

| Request | Status | Actions taken |
|---|---|---|
| 2nd Interrogatories - Def. Jeffreys | Sent to Plaintiff on 02/10/25 | Completed. |
| 1st Request for Admission – Def. Jeffreys | Revised versions sent to Plaintiff on 2/10/25 | Completed. |
| 2nd Interrogatories - Def. Miles | Sent to Plaintiff on 2/25/25 | Completed. |

| | | |
|---|---|---|
| 1st Request for Admission – Def. Miles | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Request for Admission – Def. Pfister | Revised versions sent to Plaintiff 2/25/25 | Completed. |
| 1st Interrogatories – Def. Pfister | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Request for Admission – Def. Baldwin | Sent to Plaintiff on 2/10/25 | Completed. |
| 1st Interrogatories – Def. Baldwin | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Request for Admission – Def. Williams | Outstanding | The undersigned first attempted to contact Defendant Williams on November 26, 2024 and received no response. On November 26, 2024, the undersigned was notified by IDOC staff that Mr. Williams is no longer employed by IDOC and was given his contact information. On 11/26/24, 1/15/25, 2/19/25, 2/20/25, the undersigned reached out to Mr. Willaims |

| | | |
|---|---|---|
| | | via telephone, left voicemails and left text messages. To date Defendant Willams has yet to respond. |
| 1st Interrogatories – Def. Williams | Outstanding | The undersigned reached out to the last email address given to IDOC by Defendant Williams on 11/26/24 and received no response. On 11/26/24, the undersigned was notified by IDOC staff that Mr. Williams is no longer employed by IDOC and was given his contact information. On 11/26/24, 1/15/25, 2/19/25, 2/20/25, the undersigned reached out to Mr. Willaims via telephone, left voicemails and left text messages. To date Defendant Willams has yet to respond. |
| 1st Request for Admission – Def. Jaburek | Sent to Plaintiff on 2/10/25 | Completed. |
| 1st Interrogatories – Def. Jaburek | Sent to Plaintiff on 2/25/25 | Completed. |

| | | |
|---|---|---|
| 1st Request for Admission – Def. Jenkins | Outstanding | The undersigned sent an email to Defendant Jenkins' IDOC email on 11/26/24. On 1/22/25 the undersigned sent an email to Defendant's personal email regarding the outstanding discovery and received no response. On 2/5/25, the undersigned sent out another email to Defendant's personal email and received no response. On 2/20/25, the undersigned called and texted Defendant's personal phone number and received no response. |
| 1st Interrogatories – Def. Jenkins | Outstanding | The undersigned sent an email to Defendant Jenkins' IDOC email on 11/26/24. On 1/22/25 the undersigned sent an email to Defendant's personal email regarding the outstanding discovery and received no response. On 2/5/25, the undersigned sent out another email to Defendant's personal email and received no response. On 2/20/25, the undersigned called and texted Defendant's personal phone number and received no response. |

| | | |
|---|---|---|
| 1st Request for Admission – Def. Montes | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Interrogatories – Def. Montes | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Request for Admission – Def. Rahimi | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Interrogatories – Def. Rahimi | Sent to Plaintiff on 2/25/25 | Completed. |
| 1st Request for Admission – Def. Rice | Sent to Plaintiff on 2/10/25 | Completed. |
| 1st Interrogatories – Def. Rice | Sent to Plaintiff on 2/10/25 | Completed. |
| 1st Request for Admission – Def. Watson | Sent to Plaintiff on 2/10/25 | Completed. |
| 1st Interrogatories – Def. Watson | Sent to Plaintiff 2/25/25 | Completed. |

| | | |
|---|---|---|
| 1st Request for Production – IDOC Defendants | Sent to Plaintiff on 2/10/25. Supplemented responses on 2/25/25. | The undersigned to date has produced 13,065 pages of documents. The documents include: Plaintiff's medical record, Plaintiff's Crisis watch logs, Plaintiff's mental health records, Plaintiff's consultation records, Plaintiff's Administrative Review Board record, Plaintiff's discipline record, Plaintiff's movement and active living unit record, IDOC's ADA policies, Plaintiff's Stateville incident reports, Plaintiff's Cumulative Counseling History records, Plaintiff's facility grievances, Offender Health Services Administrative Directives, Religious Services Administrative Directives, Educational Programs Administrative Directives, ADA Coordinator Training Manual, and ADA Coordinator Training PowerPoint. Defendants remain committed to locating more responsive documents but believe that 13,065 documents are reasonable for a |

6

| | | |
|---|---|---|
| | | case regarding Plaintiff's five-month stay at Stateville Correctional Center. |

Date: February 25, 2025

KWAME RAOUL

Attorney General of Illinois
Attorney for Defendants

Respectfully submitted,

by /s/ Manasseh Konadu
Manasseh Konadu
Assistant Attorney General
General Law Bureau
Office of the Illinois Attorney General
115 South LaSalle St., 28th Fl.
Chicago, Illinois 60603
(312) 405-9428
Manasseh.konadu@ilag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, the foregoing document, *IDOC Defendants' Status Report,* was electronically filed with the Clerk of the Court using the CM/ECF system.

*Manasseh Konadu*
MANASSEH KONADU